972 F.2d 344
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Melvin Leroy WHITE, Plaintiff-Appellant,
v.
T. N. STRAHAN; E. M. Grizzard; David K. Smith,
Defendants-Appellees.
 No. 92-6521.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: June 30, 1992
Decided: August 3, 1992
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. John A. MacKenzie, Senior District Judge. (CA-91-476-2)
 Melvin Leroy White, Appellant Pro Se.
 Robert Harkness Herring, Jr., Assistant Attorney General, Richmond, Virginia, for Appellees.
 E.D.Va.
 Affirmed.
 Before PHILLIPS, MURNAGHAN, and WILLIAMS, Circuit Judges.
 OPINION
 PER CURIAM:
 
 
 1
 Melvin Leroy White appeals from the district court's order denying relief under 42 U.S.C. § 1983 (1988). Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. White v. Strahan, No. CA-91-476-2 (E.D. Va. May 1, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED